UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARMICHAEL,<br><br>          Plaintiff,<br><br>     v.<br><br>WINDHAM PROFESSIONALS,<br><br>          Defendant. | No.  2:16-cv-2478 MCE CKD PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se.  Plaintiff alleges that defendant Windham Professionals is wrongfully collecting on plaintiff's defaulted student loans.  The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this action, defendant is a corporation located in East Aurora, New York.  Therefore, plaintiff's claim should have been filed in the United States District Court, Western District of New York.  In the interest of justice, a federal court may transfer a complaint filed in the wrong

district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court, Western District of New York.

Dated: October 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 carmichael2478.tra